UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------X
STATE FARM FIRE AND CASUALTY COMPANY

        Index No: 303CV1035 (SRU)

       Plaintiff,

    -against-

FIRST AMERICAN MOVING AND
DELIVERY SERVICE, INC.

       Defendant.
------------------------------------------------------------X

**WRITTEN STATEMENT BY COUNSEL
AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED**

The undersigned, attorneys for the respective parties in the above-entitled matter, respectfully request that the Court not impose sanctions for failure to comply with District of Connecticut, Local Rule 38.

The schedule of counsel for the defendant has been such over the past several months that it has been difficult to arrange sufficient time to hold the necessary meeting or conference with other counsel that the Local Rule anticipates. The undersigned wishes to apologize to the Court for the inconvenience they may have caused by not timely filing the Rule 26(f) report, previously.

Additionally, there has been a dispute amongst the defendant's various automobile and general liability carriers as to who should cover and be responsible for this claim. To date, same has not been resolved.

It was anticipated in working with the broker, Paul Della, that due to the unique

F:\Clients\FIRST AMERICAN MOVING\sanctions statement.wpd

nature of the damage to the Plaintiff's subregor, the office would be substituted as counsel.

WHEREFORE, the undersigned parties respectfully request that the Court not order sanctions to any party in this matter.

Dated: Jericho, NY
October 1, 2003

_____
KENNETH M. PIKEN (CT 12126)
KENNETH M. PIKEN & ASSOCIATES
Attorneys for Plaintiff
333 Jericho Turnpike, Suite 218
Jericho, New York 11753
(516) 938-2300

CONSENT:

NOT OBTAINED
_____
RICHARD J. SHAPIRO, ESQ.
Attorney for Plaintiff
P.O. Box 9177
Bridgeport, CT 06604

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------X
STATE FARMS FIRE AND CASUALTY CO.           Index No.: 303CV1035(SRU)

                           Plaintiffs,
                                                                     **CERTIFICATE OF SERVICE**

-against-

FIRST AMERICAN MOVING AND
DELIVERY SERVICES, INC.

                           Defendants.
-----------------------------------------------------------X

       DENISE R. CARCONE, hereby certifies that:

       I am not a party to this action and am over the age of 18 years and reside in Huntington, New York.

       That on October 20, 2003, I served a copy of the annexed Written Statement by Counsel As to Why Sanctions Should Not Be Imposed in the above referenced matter.

       That I placed same in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York to plaintiff's attorney last known address as indicated below:

                Richard J. Shapiro, Esq.
                Attorney for Plaintiff
                P.O. Box 9177
                Bridgeport, CT 06604

                                                              _/s/ Denise R. Carcone_
                                                              DENISE R. CARCONE