UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY CO. | : | |
| | : | |
| v. | : | Case No. 3:03 CV 1035 (SRU) |
| | : | |
| FIRST AMERICAN MOVING & DELIVERY SVCS., INC. | : | |

**NOTICE TO COUNSEL AND ORDER**

On September 12, 2004, this Court issued a Notice to Counsel regarding the parties' failure to comply with Local Rule 38 and ordered that the parties file a Form 26(f) report within twenty (20) days, along with a written statement by all counsel of record explaining why sanctions should not be imposed. To date, however, the parties have not responded to the Court's September 12, 2004 Notice.

Accordingly, pursuant to Local Rules 11 and 16(a), notice is hereby given to all counsel of record that this matter is subject to dismissal and/or sanctions may be imposed on any party or counsel for failure to respond to the Court's July 9, 2002 Notice.

Failure of the parties to submit a Form 26(f) Report and to show proper cause why they failed to comply with Local Rule 38 could result in dismissal and/or sanctions being imposed by this Court. Such proper cause shall be shown in writing and filed with the Clerk's office, along with the parties' Form 26(f) Report, by **February 19, 2004** or a dismissal will enter on **February 27, 2004.**

It is so ordered.

Dated at Bridgeport this 22nd day of January 2004.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge