UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAR -2  A 8: 53

US DISTRICT COURT
BRIDGEPORT CT

STATE FARM FIRE & CASUALTY CO.:

    v                           :    CASE NO. 3:03cv1035 (SRU)

FIRST AMERICAN MOVING &
DELIVERY SVCS., INC.           :

## O R D E R

In an order dated January 22, 2004 (Doc #8), the Court directed the parties to file their 26(f) Report by February 19, 2004. To date, no 26(f) Report has been filed.

Accordingly, this case is dismissed, without prejudice, for failure to comply with the Court's Orders.

**IT IS SO ORDERED.**

Dated at Bridgeport, Connecticut this 1st day of March, 2004.

                            Stefan R. Underhill
                            United States District Judge